# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE HARGIS,<br><br>               Plaintiff,<br><br>vs.<br><br>MEGAN J. BRENNAN, Postmaster General, in her official capacity;<br><br>               Defendant. | 8:17CV3052<br><br>ORDER |

This matter is before the Court on the Joint Motion to Approve Compromise of Defendant's Bill of Costs, ECF No. 67, jointly filed by Plaintiff Michelle Hargis and Defendant Megan Brennan, Postmaster General. The parties agree that costs should be taxed against Plaintiff Michelle Hargis in the amount of $522.75, without interest. Accordingly,

IT IS ORDERED:

1. The Joint Motion to Approve Compromise of Defendant's Bill of Costs, ECF No. 67, is granted; and

2. Costs are taxed against Plaintiff Michelle Hargis in the amount of $522.75.

Dated this 31st day of December, 2018.

                                                  BY THE COURT:

                                                  s/Laurie Smith Camp
                                                  Senior United States District Judge